# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONJA J. BAHR,<br><br>Defendant. | PO 19-5213-GF-JTJ<br><br>**JUDGMENT** |

Defendant Tonja J. Bahr (Bahr) pleaded guilty on October 3, 2019, to all of the violations alleged in this matter. Having considered the parties' joint sentencing recommendation as well as the sentencing factors in 18 U.S.C. § 3553, the Court enters the following sentence:

1. Bahr shall be placed on probation for a term of one year. While on probation:

   a. Bahr shall be monitored by SCRAM alcohol monitoring technology. Bahr shall pay all of the costs associated with the SCRAM monitoring program.

   b. Bahr shall undergo a substance abuse evaluation at Crystal Creek Treatment Center in Browning, Montana. Bahr shall

>    complete successfully any substance abuse treatment program recommended by the Crystal Creek Treatment Center.
>
>    c.    Bahr shall have monthly contact with the United States Probation Office in Browning, as directed by her probation officer.

2.    Bahr shall pay a fine of $600.00 plus a $30.00 processing fee with respect to Violation No. 7353191.

3.    Bahr shall pay a $30.00 processing fee with respect to Violation No. 7353187.

4.    Bahr shall pay a $30.00 processing fee with respect to Violation No. 7353190.

5.    Bahr shall pay a $30.00 processing fee with respect to Violation No. 7353186.

6.    Bahr shall pay the fine and the processing fees in monthly installments of $60.00 per month. Bahr shall make her first payment on or before October 15, 2019. Subsequent payments shall be made on or before the 15th day of each month until the total amount due ($720.00) is paid in full.

7.    Bahr may make the monthly payments by check, by money order, or online. Payments made by check or money order must be made payable to

"U.S. Courts CVB," and must be mailed to:

>Central Violations Bureau
>P.O. Box 780549
>San Antonio, TX 78278

Bahr may make payments online at www.cvb.uscourts.gov.

## NOTICE OF RIGHT TO APPEAL

Bahr is advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), she has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 3rd day of October, 2019.

_____
John Johnston
United States Magistrate Judge